UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|   |   |
|---|---|
| RAMON PONCE,<br><br>        Plaintiff,<br><br>vs.<br><br>TUCSON FEDERAL CREDIT UNION, and<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:19-cv-02908<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION TO DISMISS

NOW COMES the defendant, Tucson Federal Credit Union ("Tucson Federal"), for this special limited appearance to contest jurisdiction and not to submit to jurisdiction, through its attorneys, Gordon Rees Scully Mansukhani, LLP, and moves this Honorable Court to dismiss the Plaintiff's Complaint in its entirety pursuant to Fed.R.Civ.P. 12(b)(2). In support of the instant motion, Tucson Federal submits the attached memorandum of law.

WHEREFORE, Tucson Federal respectfully requests that this Court dismiss, with prejudice, the Plaintiff's Complaint in its entirety.

Respectfully submitted,

GORDON REES SKULLY MANSUKHANI, LLP

By: */s/ Craig A. Jacobson*
Craig. A. Jacobson (IL#6277707)
**Gordon Rees Scully Mansukhani, LLP**
One North Franklin Street, Suite 800
Chicago, Illinois 60606
Telephone: (312) 980-6784
Fax: (312) 565-6511
Email: craig.jacobson@grsm.com
*Attorney for Defendant,*
*Tucson Federal Credit Union*