**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Ramon Ponce
                                            Plaintiff,

v.                                                       Case No.: 1:19−cv−02908
                                                                Honorable Manish S. Shah

Tucson Federal Credit Union, et al.
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 17, 2019:

       MINUTE entry before the Honorable Manish S. Shah: The briefing schedule on Tuscon Federal Credit Union's motion to dismiss [7] is as follows: plaintiff's response is due 7/8/19; defendant's reply is due 7/22/19. A status hearing set is for 9/25/2019 at 9:30 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.