# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Ramon Ponce

                          Plaintiff,

v.                                           Case No.: 1:19–cv–02908
                                                      Honorable Manish S. Shah

Equifax Information Services, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 2, 2019:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the notice of voluntary dismissal [20], plaintiff's claims against Tuscon Federal Credit Union are dismissed without prejudice, and with each party to bear its own costs and attorney's fees. Tuscon Federal Credit Union is terminated as a party to this case. The motion to dismiss [7] and the associated briefing schedule are terminated as moot. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.