# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Ramon Ponce

                              Plaintiff,

v.                                                  Case No.: 1:19−cv−02908

                                                     Honorable Manish S. Shah

Equifax Information Services, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 25, 2019:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. All discovery must be noticed in time to be completed by 12/20/19. Enter Expedited Referral for settlement purposes. Continued status hearing is set for 12/5/19 at 9:30 a.m. That date may be adjusted if settlement discussions are on−going. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.